UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| v. ) | |
| ) | No.    11 CR 28 |
| WANDA RIVERA-BURTON, ) | |
| BRENDA TIBBS, ) | Judge Rebecca R. Pallmeyer |
| LYNNETTE JOHNSON, ) | |
| VIKTOR BLANKS, ) | |
| DINA DUNN and ) | |
| NATHANIEL MAXWELL ) | |

## PROTECTIVE ORDER LIMITING THE DISCLOSURE OF PERSONAL IDENTIFYING INFORMATION

Upon review and consideration of the "Government's Unopposed Motion for Protective Order Limiting Disclosure of Personal Identifying Information" dated February 9, 2011 (hereinafter "Motion"), IT IS HEREBY ORDERED, that:

A.    The defendants in the above-captioned matter, and their attorneys, shall not further disclose any personal identifying information, as described at Federal Rule of Criminal Procedure 49.1(a), set forth in discovery materials made available to the defendants by the government, except to the following persons: (1) the defendants; (2) any agents and employees of defendant's attorneys; and (3) any other person only upon the Court's prior consent.

B.    Prior to making a further disclosure, the defendants and their attorneys shall make such recipients aware of this protective Order prior to providing the recipient with any of the personal identifying information.

C. Any recipient of personal identifying information pursuant to this Order shall also be prohibited from making any further disclosure of such personal identifying information without the prior permission of this Court.

SO ORDERED AND ENTERED:

Dated: Feb. 9, 2011

REBECCA R. PALLMEYER
United States District Judge